IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| LINDA GAIL SIMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 6:08-987 |
| | ) | |
| vs. | ) | |
| | ) | **DEFENDANT WAL-MART STORES** |
| WAL-MART STORES EAST, LP AND | ) | **EAST LP'S ANSWERS TO LOCAL RULE** |
| CONAGRA FOODS, INC.,  | ) | **26.01 INTERROGATORIES** |
| | ) | |
| Defendants. | ) | |

Defendant Wal-Mart East, LP ("Wal-Mart"), incorrectly identified in the Complaint as Wal-Mart Stores East, LP, submits its answers to interrogatories required by Rule 26.01 of the Local Rules for the United States District Court for the District of South Carolina as follows:

**(A)  State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.**

**ANSWER:**   Upon information and belief, not applicable.

**(B)  As to each claim, state whether it should be tried jury or non-jury and why.**

**ANSWER:**   All of Plaintiff's claims are properly triable by a jury, and as such, the entire matter should be tried by a jury.

**(C)  State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.**

**ANSWER:**

Wal-Mart East, LP is a limited partnership. The general and limited partner of Wal-Mart East, LP is Wal-Mart Stores, Inc., a publicly traded company.

{01155197.2}

**(D)     State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).**

**ANSWER:**   This matter is in the United States District Court, District of South Carolina, Greenville Division, because there exists complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000.00, exclusive of interest and costs. Further, this matter is being removed from the Court of Common Pleas for Greenville County, South Carolina.

**(E)     Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal?  If so, provide (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action.  Counsel should disclose any cases which may be related regardless of whether they are still pending.  Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings or events; involve the identical parties or property or for any other reason would entail substantial duplication of labor if heard by different judges.**

**ANSWER:**   The subject matter of this litigation is related to the following cases filed or removed to the District of South Carolina:

| DATE FILED | CIVIL ACTION # | CASE CAPTION |
| --- | --- | --- |
| 02/23/07 | 0:07-cv-00529-CMC | Annie Blackwell v. Conagra Foods, Inc. |
| 02/23/07 | 3:07-cv-00536-CMC | Thomas B. Price v. Conagra Foods Inc. |
| 03/01/07 | 3:07-cv-00611-CMC | Jerry S. Medford, on behalf of himself and others similarly situated v. Conagra Foods Inc. |
| 02/23/07 | 4:07-cv-00530-CMC | Jamie S. Jeffords v. Conagra Foods Inc. |
| 02/23/07 | 7:07-cv-00544-CMC | Jennifer Ann Hoey, Jerry Casey on behalf of themselves and all others similarly situated v. Conagra Foods Inc. |
| 02/26/07 | 9:07-cv-00838-CMC | Lewis David Manbeck v. ConAgra Foods, Inc. |
| 9/21/07 | 7:07-cv-03192-MDL | Jennie Branham v. ConAgra Foods, Inc. |
| 2/6/08 | 6:08-cv-00426-MDL | Wenck v. ConaAgra Foods, Inc. *et al.* |

This litigation is related to each of the foregoing cases in that the subject of each suit relates to claims of illness allegedly caused by peanut butter manufactured by Defendant ConAgra Foods, Inc. at the same facility.  All of the ConAgra peanut butter cases in the District of South Carolina have been assigned to United States District Judge Cameron Currie, Columbia Division.  Each of Judge Currie's cases have been transferred to a pending MDL Proceeding (No. 1845) for consolidated discovery and pre-trial proceedings.  MDL No. 1845 is pending before Judge Thomas Thrash in the United States District Court for the Northern District of Georgia, Atlanta Division.

**(F)    If the Defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.**

**ANSWER:**    The proper identification is Wal-Mart East, LP.  Counsel will accept service of any amended summons and pleading.

**(G)    If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.**

**ANSWER:**    Not at this time.  Wal-Mart will supplement as necessary.

DATED:
March 21, 2008

BUIST MOORE SMYTHE MCGEE P.A.

*S/ Greg Horton*

Greg Horton, Esquire
ghorton@buistmoore.com
Fed. ID 7103

F. Cordes Ford, IV, Esquire
cford@buistmoore.com
Fed. ID 9217

Matthew E. Tillman, Esquire
mtillman@buistmoore.com
Fed. ID 9115

Buist Moore Smythe McGee P.A.
5 Exchange Street
P.O. Box 999 (29402-0999)
Charleston, SC 29401-2593
Main: (843) 722-3400
Fax.: (843) 723-7398

ATTORNEYS FOR WAL-MART EAST, LP